No. 03-9043. PARMELEE v. MAYES ET AL. C. A. 9th Cir. Certiorari denied.

No. 03-9052. BOHM v. BURT, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 03-9054. BALLARD v. BRAXTON, WARDEN. C. A. 4th Cir. Certiorari denied.

No. 03-9059. FOGGY v. EMPLOYERS INSURANCE COMPANY OF NEVADA. Sup. Ct. Nev. Certiorari denied.

No. 03-9061. HOLLOWAY v. YARBOROUGH, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 03-9063. HENDERSON v. UNIVERSITY OF TEXAS MEDICAL BRANCH ET AL. Ct. App. Tex., 12th Dist. Certiorari denied.

No. 03-9070. HOUSER v. PARKER, WARDEN, ET AL. C. A. 5th Cir. Certiorari denied.

No. 03-9071. HUNG TIEN NGUYEN v. LARSON, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 03-9076. RAHEMAN v. RAHEMAN. App. Ct. Mass. Certiorari denied.

No. 03-9077. MEEKS v. BELL, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 03-9082. MEDIACEJA v. HORNER ET AL. C. A. 7th Cir. Certiorari denied.

No. 03-9083. GARCIA v. TEXAS. Ct. App. Tex., 1st Dist. Certiorari denied.

No. 03-9084. ISSAC v. CROSBY, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS, ET AL. C. A. 11th Cir. Certiorari denied.

No. 03-9086. GILBERT v. RENICO, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 03-9087. HUTCH v. ESPINDA, WARDEN. C. A. 9th Cir. Certiorari denied.